**Exhibit A to the Complaint**

**Location:** Queens, NY  
**Total Works Infringed:** 88  
**IP Address:** 108.41.227.188  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1087D95C625F12E714F01EA6EAE7B519A81EDA79<br>File Hash: E6F735D601C05DBFB58A0A895BE646640E588D0A346540BFFB605F1B7410E8E2 | 07/10/2020 14:45:45 | Blacked | 03/28/2020 | 04/15/2020 | PA0002246108 |
| 2 | Info Hash: 1ECBCF806231C5865B5FDD79F305D3F6F2523643<br>File Hash: 1FFE79BCC6EC1718909F562124EB13A365FFEA0444CAC6BA156B53B74A8DA9D1 | 07/03/2020 20:24:45 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 3 | Info Hash: A9DAD12F7FA6048AB1B6CAA6873ACC02FFCCA784<br>File Hash: 53832984D2FF0D6FB25B18B745B88212B099C1A915575B66404C2771A43AFCD6 | 06/29/2020 19:53:23 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 4 | Info Hash: BA5DC3EF8DA5096B1CD1ECD185924F57B28A4BEC<br>File Hash: 7736C751BC525B52E9284AF975AEE6F7CDD09BC6D546AE4D804D5AB0E18A482B | 06/28/2020 03:40:31 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 5 | Info Hash: 2FEC8449E0AD4AC8507B392FBA4BE04DDA097EA1<br>File Hash: 64ADC803B5396C18DF8916254E258653461A5AAEC374CA5DC001FB70D31BA514 | 06/01/2020 04:58:31 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 6 | Info Hash: 838E8465682C1AA831147A117667754280D4FBA1<br>File Hash: 0A418DC57AA5E50B0A55B397BB8D03CACE90B4FD7C4516CD568E3B203C7A103D | 05/31/2020 19:32:28 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |
| 7 | Info Hash: 03A9A3217B242EC03B40298741E5D12C83BBFA88<br>File Hash: 8BF7A70A844CB3375EFD9B1408A6F7E97CFAFED653E078DF268B0B0E6CEB4F3C | 05/31/2020 19:30:19 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 8 | Info Hash: 8A396158B2DF15777FAEF364CFE9F0EA1B91740F<br>File Hash: F5C75F0735A62FC1184A875BF6158EED4765B71592D873CAA81A8F606DCEB9F0 | 05/31/2020 18:21:48 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 16A0651B2614E47B3B49B1272512B04E10A9805C<br>File Hash: 515BDA63D751772FF7F2BC80F04913463618B2F761C93A3ACD8B9FDB9D8D06D6 | 05/31/2020 18:14:17 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 10 | Info Hash: 4AEB0503D97319F144CEC22BC0ECE10F8AF80B37<br>File Hash: B334AC1093309FCDBCA1464C864E5345063D24749DDAEB16243A2E7DB95DF198 | 05/31/2020 03:01:52 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 11 | Info Hash: 9BFB3833935230D1B441054510A3CEAE138E90C5<br>File Hash: F986DF693F59A8516E55E3D80D68AEB21F0DFD6EB353F741AC3733A39B0BFE6C | 05/31/2020 03:01:30 | Blacked | 05/16/2020 | 06/22/2020 | PA0002245639 |
| 12 | Info Hash: 3719389BD3CE5565A2B8773E8683B3B50D035D3E<br>File Hash: F760EA113DC531E20762EE010C43128B60A9D35AFFE3C3391D32A3DC6506840E | 05/31/2020 02:31:25 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 13 | Info Hash: 8851A0A9363DB882B66C0A1BF04C0BE1D863D87E<br>File Hash: DD89E9ED27C0F705A731D5A30E80245CDACAA096AE890F1466A50E5EA19B2E0F | 05/31/2020 01:40:40 | Blacked | 05/23/2020 | 06/22/2020 | PA0002245638 |
| 14 | Info Hash: 2FFAD70F46B40DFC5128CDEBE53FF3E80BC488C5<br>File Hash: C2DA1441BB3B741240DA910B7314776FD643CAADD36F1E782F36E54F79689C53 | 05/27/2020 22:34:21 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 15 | Info Hash: DB000B5453C02D7BD3C7F29C15531879DAC4BE4A<br>File Hash: 2B433332A4659C613867AA2677664023E3769E208696873DD109EC07A50B22BB | 05/27/2020 22:31:50 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |
| 16 | Info Hash: 09B9C5FACBCDCF8A9F1FBD28C523B2AB2C55516D<br>File Hash: 775AE477DF8DEA189BBF84D6DE7A9B5DF77E7532078EC0B1AC301D114B476E0C | 05/21/2020 13:36:03 | Tushy | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 17 | Info Hash: A4A8ECB69272EAABF6B5FFE4772BDA1969E8D348<br>File Hash: 2556B7D5CEC4E30191EA92A20BBECC62690509BF652B77B0B3BDA88CB75CC8BA | 05/12/2020 22:12:31 | Blacked Raw | 05/11/2020 | 06/08/2020 | PA0002243646 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 4A07E30142B8E5F0683590678F6B3E1B7F9FD7B1<br>File Hash: DAEB04B37FDAB29D0A6E41E4F07B279B1BB9F9E047A5CA86A1CE68CDCF309446 | 05/09/2020 03:48:58 | Vixen | 05/08/2020 | 06/08/2020 | PA0002243645 |
| 19 | Info Hash: 1B11B813313C45A144ED431CAB1B416C99DA7D80<br>File Hash: 52425480EE7CFACB984DD2A6864F439AF3EE8458B047B131FFC520FCAA86A6E8 | 05/08/2020 00:43:23 | Blacked | 04/25/2020 | 05/05/2020 | PA0002249013 |
| 20 | Info Hash: 606D34889F01208A5CF6D224637047D318EAFE8F<br>File Hash: 0E65C2ABB94426A7D99F6788580DBF7DC857F4095B98ACF03795BC52D7CC5B62 | 05/08/2020 00:41:38 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 21 | Info Hash: 4147CAAEB117CFEE4B51AAE0B42A7B5A4363DC65<br>File Hash: 068618D06FC1470B35F89953282CC3F974BAA710234A963A7122CA5E5F26E3AE | 05/07/2020 14:48:08 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 22 | Info Hash: 70F3BF93C30E3D32E1EDAA9114389163A125D73A<br>File Hash: 2458FF512E1D830F6C22FB432E82916941CECAFFC86334D4E65AE6C7B8CD4756 | 05/07/2020 13:45:07 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 23 | Info Hash: 3DF5DB2903B80E1C540F98549130F58F1D3E88CC<br>File Hash: 4A92E62A120A52211E81FC7BCEB447B63F9064EF706C8FB0CD7533A47A75F830 | 05/02/2020 03:32:44 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |
| 24 | Info Hash: 66775C7111D44FD8FA18B2068E80CE6DF332E362<br>File Hash: C20360AF1040FC97AA6206D79BD697D3A701B291FCAAE7F0F3C950D8A558569C | 04/23/2020 17:07:43 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 25 | Info Hash: 82F0EDE150E947ED87012A1D0AF7A0050F7166CF<br>File Hash: C8B6A9FFD865EC0101EDB0E068E4A92BC477E62BC404553DADC97796D1950491 | 04/23/2020 15:24:10 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |
| 26 | Info Hash: 4996D6270912AFA83C3A542C578E0B0867091452<br>File Hash: 769CB9324C240697A7A92895FBF301B85C97492CB5EAFB6628EB900413A25635 | 04/23/2020 14:59:21 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: C9909D0CCD845C924F3574A3EE9BA8F4C76F165D File Hash: 5CF0C6FF5870E105611E977DA2BCFA5FCA318453B7AB108AEC638AD4584ABF60 | 04/14/2020 17:36:45 | Blacked Raw | 04/13/2020 | 04/22/2020 | PA0002237695 |
| 28 | Info Hash: 0A9DFA1F5076B83F5C06694C0ED666DD30BEEEBD File Hash: 49E5B30DFFEA928F4729BA74956D210DF504FB3F82A1140B34EE8523262B4E98 | 04/10/2020 21:29:20 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |
| 29 | Info Hash: 23E43B228B65931383298585524686EC8A3D27DD File Hash: 8EC1A7B7BA789A2BED239919D106408CFD244CD0050F7E3832677F2401FB879C | 04/10/2020 21:28:20 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 30 | Info Hash: B88FCE0A4FC724499A1960F13F4728DE86810EBC File Hash: 4E26BDCB3ACA9AC257C9B87C6DA9AF7FA38F76984922C47C66F19860BA5CB2F8 | 04/06/2020 00:00:12 | Tushy | 03/29/2020 | 04/15/2020 | PA0002244963 |
| 31 | Info Hash: 4B9D2E474671846265A40458E88AF9DC5B966AC9 File Hash: E97D0786A3190D0123851A27331F26CF0F1BD4A279AC5A1F88466326F0313FA6 | 04/05/2020 23:12:51 | Tushy | 03/22/2020 | 04/15/2020 | PA0002244961 |
| 32 | Info Hash: CBCF14D7B31A616FDA24A943F5AEDADA183F9BE7 File Hash: 7C277A0571790F9FC1EEAB53AF94AB9D95B488A7E0AFC8BA8B37E3651B85D6E0 | 04/04/2020 18:31:02 | Blacked | 04/04/2020 | 04/17/2020 | PA0002237304 |
| 33 | Info Hash: 382A3BC3E3286BAFC5C00ABE0508134CF4D97A1E File Hash: CED8A528D5E7244505C8DE67AE8E57FECA4C869EC99651451294A395340DED35 | 04/01/2020 15:19:18 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 34 | Info Hash: 8F06F2F6B9533779DD3A36713ADFA46413BEC156 File Hash: 1B881C898538761551E7C998C11A7BF86CFB2B15A11340DBA208D146BF0E6B61 | 04/01/2020 15:04:22 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 35 | Info Hash: 5E4B7412B17A75CC358CD08A5E014FE259CD0D1D File Hash: 9887B265BC89193EA03348CE5C77ABABBCAB6958DF7242AD89DE320411F8327E | 03/31/2020 22:00:55 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 9F410EE0B644BE4B869592CBFBDC2FF2A7B113F1<br>File Hash: DFA3628D47EE50975B52AE957D247CB50F462E80FE75D56ACBE7708F928BC128 | 03/21/2020 19:19:30 | Blacked Raw | 03/07/2020 | 04/17/2020 | PA0002246118 |
| 37 | Info Hash: B2C8EEC5CA666FAC957B07F6B9C69FAE30671472<br>File Hash: 0FD0923930E3ABB292085BAF6DF8BD712A354FB691E5540A4879EE236EA8FA32 | 03/21/2020 18:56:05 | Blacked | 02/29/2020 | 04/15/2020 | PA0002246058 |
| 38 | Info Hash: 7394693FD37E23DA3F8C16EF2B56759BB44DB556<br>File Hash: 7E3912D6291605313B55CB774A54EE5F8D2CF9C575B052193DB5E05726A4817F | 03/17/2020 14:41:19 | Tushy | 01/16/2020 | 02/20/2020 | PA0002237625 |
| 39 | Info Hash: A9B6975FFD953CD484516325A14455E74FFCF0FF<br>File Hash: 24E03B57E8F74A3BA8793FA5B135D44F05DBC2F62F6A3229CCB0AE8F15A3C8A4 | 02/19/2020 14:32:49 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 40 | Info Hash: 510FEA3EF6289781F2AD47EC515AE1C719BEFF07<br>File Hash: 4793ECC3702803A471386FD95FA642DCD8FB0BEABCBAC013A1221AE2FBB41413 | 02/06/2020 05:08:02 | Tushy | 02/05/2020 | 03/15/2020 | PA0002240545 |
| 41 | Info Hash: D01C5835C5F8BF3ED0D37D85625A502250A06C10<br>File Hash: AB1A8B08EC2891A8DD3B67817B2CE21D4834BE1122C6311122E8124A224F6D80 | 02/06/2020 05:02:20 | Tushy | 01/21/2020 | 02/20/2020 | PA0002237627 |
| 42 | Info Hash: 96941E19BA4280C7FD3D9A7D0E3E05527855C742<br>File Hash: BC78D943FC7055C5921788D2DEC3EB2E61F9EF8C3E67BD7711CD41D2924FC35E | 01/31/2020 13:26:47 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 43 | Info Hash: A8A733AB6B962B951329FFCBF4C8194CF688CC24<br>File Hash: 200A7BFA1394F98262AF3FD34986127CB502D0EA026906493453CC6DFA8E2525 | 01/31/2020 13:09:44 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 44 | Info Hash: CB4E9C84E6158E15C0ED1417712F99AF8416D1AF<br>File Hash: 6F33632B841C7B7B86DF8AFFF7B499EB7832519BB3BD42950D82721BFF67115A | 01/31/2020 13:07:50 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: A75CD47568083BBA51949517FD5935A9D95AD596<br>File Hash: 1FDBCC9B5734BF41088D23FB8509657CDAED380BF6C84F73763F0DB7F4F26351 | 01/28/2020 13:34:17 | Blacked Raw | 01/22/2020 | 02/20/2020 | PA0002229057 |
| 46 | Info Hash: 0B503EB2552042B5DEE9A34152ACE8EE96DE0C94<br>File Hash: 4AA5581FBE74E6532A8E95E43517B92D65E921552732D9811E94B8F33F70D1B0 | 01/28/2020 13:34:06 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |
| 47 | Info Hash: CE7863AD9DC92724D6570BB7D6BF62E623552027<br>File Hash: 4DD1055E5349471A6D94FDB221186BE1A6A96A47FB421A6C2EC3FB99A3A80B57 | 01/26/2020 14:53:36 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 48 | Info Hash: E394F2ED97AF41799229295E450D6B077817DF66<br>File Hash: C4AF0A6E2E064E96530D11879E679D348B03A91EF70CE3D227067945C6028263 | 01/19/2020 20:57:46 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 49 | Info Hash: 4D09DDD2DC7B88728353027A362B2C5326552D64<br>File Hash: 73421A59029AF15EB69C7CE5A4578A248637414C630518707B6249F3EAE89617 | 01/19/2020 15:12:28 | Blacked Raw | 01/07/2020 | 02/03/2020 | PA0002236198 |
| 50 | Info Hash: E2254BBDEFC3BCAA0AF48565B77D4091D431EDE5<br>File Hash: 685D1620CFAE4AAACC0E61E2F67392078CC9A986BAC260C7C954FCA1479F22BD | 01/19/2020 15:08:08 | Blacked Raw | 12/18/2019 | 02/03/2020 | PA0002225563 |
| 51 | Info Hash: FAC12B47DD911E4096193AC23138E0B2A76AEE85<br>File Hash: 2C73232D2BBE36ED8D305A7095A92BE489A41E37F10D614CDCDA0DA77C62ABCE | 01/19/2020 14:59:00 | Blacked Raw | 01/17/2020 | 02/20/2020 | PA0002229055 |
| 52 | Info Hash: 65A0D2D0B9BD9351FC9D7BE5BFA53F9FD4B3D1B4<br>File Hash: 7D6F2477756F504E1ED8DBC7F6A43EC54347DD51854283EC7BC94F8149A6EDCE | 01/05/2020 17:47:58 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 53 | Info Hash: 1EA48E1F6DBD3891D1929262A5C26C9553094E6C<br>File Hash: CAEE9A7D3D5970189B1C296E843A7799D9ACC970FD7812D96E3C1AA25CE52332 | 12/13/2019 12:59:12 | Blacked | 12/11/2019 | 01/03/2020 | PA0002219628 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: B32F801C60CBF97AEAC7342AD563D34DDCFC228C<br>File Hash: 79D5BFD438E9B59F937689D76AB3CDE9A5851E28C7894A456A1604E6263C8C08 | 12/07/2019 21:00:38 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 55 | Info Hash: 84E8FD6C6F2E9B85F8BCE21A8BAD2DAB22867DB8<br>File Hash: 3DB3F80054ED0D29DFA68FE027F5643AC0F95A19A404265FF87772A7CFA608A5 | 12/01/2019 23:05:17 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 56 | Info Hash: 3F9350AC899768E5DA78E6A42B746DB2C13C71CE<br>File Hash: B87EB5198239C32510E0B293A044421E44D195CD238C8B0F39F47FDB5E0C6BB2 | 11/30/2019 20:34:57 | Vixen | 11/30/2019 | 12/17/2019 | PA0002217669 |
| 57 | Info Hash: C43AF783D9DC13D15748D8562B85FAB5315ACA6C<br>File Hash: 7D2D1BB7DCA6C5719CAF78C8BE06EC2AA088218244877B987C7B6BDB82F9F8AC | 11/28/2019 00:00:21 | Tushy | 11/27/2019 | 01/03/2020 | PA0002233434 |
| 58 | Info Hash: EF45BAF33BFB71966641109FFB8A856F0A4C088E<br>File Hash: 80435FEE5B7B8475B67D72E5FFD3DE8D5B76186A1EF4826272D2088E49687564 | 11/26/2019 13:23:39 | Blacked Raw | 09/14/2019 | 10/01/2019 | PA0002217360 |
| 59 | Info Hash: A4845EF2D2D337C31D0A9F755FB63A7E2A43992E<br>File Hash: 3B36E7EBCB08AFD1014DD723ACD45A74B404EF987DB5D1884904A3A80F6CB8E0 | 11/26/2019 12:55:34 | Blacked Raw | 11/08/2019 | 12/03/2019 | PA0002232045 |
| 60 | Info Hash: 0AAFB1A14C839D2EE9EA8485A8A495B7D2BBEED9<br>File Hash: 9F82190FE1D6FE493CE44EA1FD2FD1D36BC12E25A0CA92CFB51FB7974B35A258 | 11/26/2019 12:34:16 | Blacked Raw | 11/22/2019 | 12/17/2019 | PA0002217672 |
| 61 | Info Hash: 6B4E557876E19B7A0A80DB66239D6F313A804029<br>File Hash: 42C69FE8342D24CEA444E7EBD97C9CFAE02E7B131DC18FF99F9D16033B111665 | 11/24/2019 15:35:57 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 62 | Info Hash: 5E4B6B2EFD11D0A445C9E1903D5597A69982F028<br>File Hash: 51F156E5609D6292394FB49896CE873A2AA8C3836AF3AF3AECF65274BCFFE9DA | 11/21/2019 12:23:50 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: A84550139B96B81C79D196C610815A8E328D6E15<br>File Hash: 1DE2D9E869E9BF75352E0E487F149308BF0391AB691AC7DFFA93B8257F0D37B6 | 10/30/2019 19:13:07 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 64 | Info Hash: AC8383EA12C6AE92C4E7A88F9693A44094526D7C<br>File Hash: 7A5A143A8C69EB2B6D1920689502D81CE571E19ACB335900E72DE6F26F6E492D | 10/16/2019 11:59:57 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 65 | Info Hash: 0167BB6D3CF175D23BA136458BD75ECFE3E34967<br>File Hash: 020002DD7D0C1819267318728B466B0A30DB9677BFC6978076EFA2FC64D0C62E | 10/13/2019 16:10:26 | Blacked | 10/12/2019 | 11/05/2019 | PA0002227087 |
| 66 | Info Hash: 06F2BC438ABCC49C1C36C7647AC3DED910F99C7D<br>File Hash: 76C5A4E0AC0FD0C37BE9D68B284B6EBABB6EFB15C23B3243507D64DAEAE6E946 | 10/09/2019 20:06:11 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 67 | Info Hash: 2A55557212AA771466277CD929C3C3D0A35D7C97<br>File Hash: 8A90A50752969B6F16E0F6863AD98F83CCBC3C49C4545FDB482708952E318D6E | 10/08/2019 12:11:26 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 68 | Info Hash: 119DC446BEBFEDD1A5069582FD23FE358C78F4F9<br>File Hash: 6555638278B9C75C49758E027A7AC0526022AC6D42C649E714356018AE21AA08 | 10/06/2019 02:02:52 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 69 | Info Hash: 09C45E1A39DD322C3AD041C7B013732ED7ECC62F<br>File Hash: CD399D83C9AC74B5BE6EF4C02D0A03641E3ADF58FFEE9A9FCD3C9238E072EA8E | 10/06/2019 01:34:34 | Blacked | 04/25/2019 | 05/28/2019 | PA0002200766 |
| 70 | Info Hash: 86E59581A550AFB7F1AC37567E0AC94D496D641D<br>File Hash: EF1A18A2564D05FC2595AEE2DFBD30D1A882BCAF35EBEDF100DC3A6023419012 | 09/13/2019 04:46:17 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 71 | Info Hash: F3D34F4C66183E54E474DD8012E2D509EAA8C440<br>File Hash: B3F0C603770F627354B8066FB5919475726B9FE55D6C61C132950B9780E89024 | 09/11/2019 12:25:40 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 9D2983E999CB3DB626AE352700CB6D47351F2C64 File Hash: EB5D89557A2122D8D4CAFDA17C97B935D813DE91DFBDFFC9743397F44641BEA2 | 09/11/2019 11:49:01 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 73 | Info Hash: 7C4368D827B7421170B64D85B400A0946E934094 File Hash: 1F4B7F894CDB19EA53235C6C511E79C614856EE382DC766EE81FFCCE448DC66B | 09/11/2019 11:41:18 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 74 | Info Hash: 16FDF226E0D62F94A8AD51E913709BB3DEEF4C25 File Hash: B30AD0C25A85A6AC3FF813FDBF6A4228BC6EFD2D7024BFF8BB1A58C13296D77A | 09/11/2019 11:40:15 | Tushy | 09/08/2019 | 10/01/2019 | PA0002217338 |
| 75 | Info Hash: D06487851F707714C08BA33F2EEDA535723D354D File Hash: 2EFD74254611D69110601120463E97E15A2C8F4C4F176168279F6BCF4D759710 | 09/11/2019 11:39:39 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 76 | Info Hash: 6B457254C1CB9B2F43CE4EE5F95325B767F423C9 File Hash: 7D877805B484B8485DBA4D52250FA6332927623B5BCFEC864A25C968DBEA9957 | 09/11/2019 11:38:58 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 77 | Info Hash: 59C7C0856832FC39795D8ECAEE7C3B08A1B2A61A File Hash: 0AD0CF56E8E320828D26D9D43538F4EDAA02E0656180FAE12E8B1201AE5BD0F0 | 09/11/2019 11:38:58 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 78 | Info Hash: 7D876817AF91151926A2C4590E9EB0D38F9BB646 File Hash: 5E27A0458B72C6D803880871DF27DACA94012E7B8B48AE69B798C9AFE26CDD40 | 08/17/2019 04:08:24 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 79 | Info Hash: 6C446C346678513AA2E73F07FB90B7112EBE707F File Hash: 249303FB0D18D0DC7C7EC04ADB7B8922578C4F9AF6A8CF6EE5DAE94EA3BFAD93 | 08/17/2019 03:49:43 | Blacked Raw | 08/15/2019 | 09/17/2019 | PA0002216211 |
| 80 | Info Hash: 40089FC7550D25DE7A862FA5606B93A853E4B703 File Hash: CA16B9B3CD01D2A8B264CB18569944DBF0BB2B76D1ECB298C1823BE42176B267 | 08/11/2019 13:32:46 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 9B0868ADF354DAA85E0ECB8C1DF783A6D1829660<br>File Hash: A054D0D2AA55E9326D3B0F091CE06AF5C4E95E0C686E69DEBD44C9F50FB47ACE | 08/10/2019 16:11:44 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |
| 82 | Info Hash: 7F11217907A933EC654083DD05BC9B8AA47AD26C<br>File Hash: 3870EE3C8FF666FC4EEAF6B2B4B77494660132FED209DAB97C31CE0730681FBC | 07/27/2019 20:01:23 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 83 | Info Hash: B9E63DBF38E9763A05AD2EB8371F88C6A3338FE9<br>File Hash: A94B37C6B1896286535B24D36323823CE17E1C4B23390F36310A323B98A35624 | 07/20/2019 22:55:55 | Tushy | 07/20/2019 | 08/26/2019 | PA0002213244 |
| 84 | Info Hash: 6478D6818B6843DC1DEE5BD5A6C05F7B6D37EC2E<br>File Hash: B98513AE2490FF3F323AE1CC7F75EC58C20154B89A409B54083E456853E5E623 | 07/14/2019 18:27:11 | Blacked Raw | 07/11/2019 | 09/17/2019 | PA0002216212 |
| 85 | Info Hash: 7EF8F2F7F6082F4D5A4608A1FCC50565AB14164B<br>File Hash: 5C6EE52299123D1519B27DD2EE8DDA90B5CC1C439DC0C8E8EBC0B3FA89B8681A | 07/06/2019 21:18:23 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 86 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 06/30/2019 14:10:19 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 87 | Info Hash: 4F6E919AF772D9342F71D3479F6A4379B5E5EA40<br>File Hash: 43E7C3F0959D28BD2DC831D5CD246DC20B922B97BA2F286171CA282186F026A8 | 06/23/2019 21:57:22 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |
| 88 | Info Hash: 4EB78F775A456970D60995742FEB1F23C91DFC74<br>File Hash: 7072F174CE51A10D6461E843BFBCC56EE0D4CED4CE91222412BA429798A6D0D0 | 06/08/2019 23:22:54 | Vixen | 06/08/2019 | 07/17/2019 | PA0002188311 |