UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :     Case No. 1:20-cv-04486-NGG-RER
                                  Plaintiff,                     :
                                                                 :
               vs.                                               :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
108.41.227.188,                                                  :
                                                                 :
                                  Defendant.                     :
-----------------------------------------------------------------X
```

## PLAINTIFF'S VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 108.41.227.188, are voluntarily dismissed with prejudice.

Dated: February 1, 2021                         Respectfully submitted,

                                                THE ATKIN FIRM, LLC
                                                By: _/s/ John C. Atkin_
                                                John C. Atkin, Esq.
                                                400 Rella Blvd., Ste. 165
                                                Suffern, NY 10901
                                                Tel: Tel: (973) 314-8010
                                                Fax: (833) 693-1201
                                                JAtkin@atkinfirm.com
                                                *Attorneys for Plaintiff*

1