UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :
                                        Plaintiff,          :   Case No. 1:20-cv-04486-NGG-RER
                                                                 :
                              vs.                 :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
108.41.227.188,                                                  :
                                                                 :
                             Defendant.          :
-----------------------------------------------------------------X

## PLAINTIFF'S VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 108.41.227.188, are voluntarily dismissed with prejudice.

Dated: February 1, 2021                           Respectfully submitted,

                                                         THE ATKIN FIRM, LLC
**SO ORDERED.**                           By: _/s/ John C. Atkin_
                                                         John C. Atkin, Esq.
/s/ Nicholas G. Garaufis                400 Rella Blvd., Ste. 165
**Hon. Nicholas G. Garaufis**          Suffern, NY 10901
**Date:** February 2, 2021                 Tel: Tel: (973) 314-8010
                                                         Fax: (833) 693-1201
                                                        JAtkin@atkinfirm.com
                                                        *Attorneys for Plaintiff*